UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-61042-CIV-CANNON

**WERONIKA RECHUL**, on behalf of
herself and others similarly situated,

    *Plaintiff,*

v.

**CRISP MARKETING, LLC,**

    *Defendant.*

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Plaintiff's Stipulation of Dismissal [ECF No. 80] and the Defendant's Stipulation of Dismissal of Counterclaims [ECF No. 81], both filed on December 14, 2020. The Court has carefully reviewed the parties' stipulations and the record and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' stipulations of dismissal, **ECF Nos. 80 and 81** are **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

CASE NO. 20-61042-CIV-CANNON

**DONE AND ORDERED** in Fort Pierce, Florida this 21st day of December 2020.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record